UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALAD BALDWIN, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>JAMES COLLEY, et al.,<br><br>　　　　　　Defendants. | Case No.  15-cv-02762-KAW<br><br>**ORDER REQUIRING PLAINTIFF KATHRYN WADE TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN 14 DAYS** |

　　　Plaintiff Malad Baldwin and his mother, Kathryn Wade, who are represented by counsel, commenced the above-captioned case on June 19, 2015.  Neither Plaintiff paid the filing fee.  Mr. Baldwin filed an application to proceed in forma pauperis.  Ms. Wade, however, did not.  If Ms. Wade intends to prosecute this action without paying the filing fee, she must file an application to proceed in forma pauperis within 14 days of this order.

　　　IT IS SO ORDERED.

Dated: 06/25/15

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge