JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
ELIZABETH M. DOOLEY (State Bar No. 289510)
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants
OFFICER JAMES COLLEY, OFFICER CASEY BROGDON,
ANTIOCH POLICE DEPARTMENT; and CITY OF
ANTIOCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALAD BALDWIN AND KATHRYN WADE,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICER JAMES COLLEY (#4705), in his official and individual capacities, OFFICER CASEY BROGDON (#5334), in his official and individual capacities, ANTIOCH POLICE DEPARTMENT, and CITY OF ANTIOCH, CALIFORNIA,<br><br>Defendants. | Case No. C15-02762 KAW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, through their respective counsel of record, as follows:

WHEREAS the parties are respectfully requesting that the Court continue the Initial Case Management Conference set for September 22, 2015, until after the Defendants' Motion to Dismiss is heard, which is currently scheduled for October 1, 2015 at 11:00 am.

WHEREAS good cause exists to continue the Initial Case Management Conference to a date following the Motion to Dismiss, per the Court's availability.

STIPULATION AND [~~PROPOSED~~] ORDER
CONTINUING CASE MANAGEMENT
CONFERENCE - C15-02762 KAW

**IT IS SO STIPULATED**

Dated: September 11, 2015     MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By: /s/ Dooley, Elizabeth
 James V. Fitzgerald, III
 Noah G. Blechman
 Elizabeth M. Dooley
 Attorneys for Defendants
 OFFICER JAMES COLLEY, OFFICER CASEY BROGDON, ANTIOCH POLICE DEPARTMENT; and CITY OF ANTIOCH

Dated: September 11, 2015     LAW OFFICE OF MARK W. KELSEY

By: /s/ Kelsey, Mark
 Mark W. Kelsey, Attorney for Plaintiff
 MALAD BALDWIN AND KATHRYN WADE

## ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:

The Initial Case Management Conference set for September 22, 2015, is hereby continued to 1-19-16, at 1:30 p.m.

**IT IS SO ORDERED**

Dated: Sept. 15, 2015     By: /s/ Kandis Westmore
 Hon. Judge Kandis A. Westmore
 United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE - C15-02762 KAW     2