UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MALAD BALDWIN, et al.,

    Plaintiffs,

v.

JAMES COLLEY, et al.,

    Defendants.

Case No.  15-cv-02762-KAW

**ORDER VACATING OCTOBER 1, 2015 HEARING**

Re: Dkt. No. 10

    Defendants' motion to dismiss is set for hearing on October 1, 2015.  Pursuant to Civil Local Rule 7-1(b), the Court deems the matter suitable for disposition without oral argument.  Accordingly, the hearing set for October 1, 2015 is hereby vacated.  The Court will issue a written order on the motion.

    IT IS SO ORDERED.

Dated: 09/29/2015

KANDIS A. WESTMORE
United States Magistrate Judge