1   JAMES V. FITZGERALD, III (State Bar No. 55632)
    NOAH G. BLECHMAN (State Bar No. 197167)
2   ELIZABETH M. DOOLEY (State Bar No. 289510)
    MCNAMARA, NEY, BEATTY, SLATTERY,
3   BORGES & AMBACHER LLP
    1211 Newell Avenue
4   Walnut Creek, CA 94596
    Telephone:  (925) 939-5330
5   Facsimile:  (925) 939-0203

6   Attorneys for Defendants
    OFFICER JAMES COLLEY, OFFICER CASEY BROGDON,
7   ANTIOCH POLICE DEPARTMENT; and CITY OF
    ANTIOCH

8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12  MALAD BALDWIN AND KATHRYN          Case No. C15-02762 KAW
    WADE,
13                                     **STIPULATION AND [~~PROPOSED~~]
                  Plaintiffs,          ORDER CONTINUING DEADLINE FOR
14                                     MEDIATION**

          vs.
15
    OFFICER JAMES COLLEY (#4705), in
16  his official and individual capacities,
    OFFICER CASEY BROGDON (#5334), in
17  his official and individual capacities,
    ANTIOCH POLICE DEPARTMENT, and
18  CITY OF ANTIOCH, CALIFORNIA ,

19                Defendants.

20

21        IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action,

22  through their respective counsel of record, as follows:

23        WHEREAS the parties are respectfully requesting that the Court continues the deadline

24  for mediation for several months, until after the parties have had sufficient time to conduct

25  discovery and go forward with mediation.

26        WHEREAS currently this matter has a deadline to mediate this case by essentially

27  December 31, 2015.  (See ECF 17).

28        WHEREAS the parties and mediator have agreed on a tentative mediation date of March

    STIPULATION AND ORDER CONTINUING
    DEADLINE FOR MEDIATION
    C15-02762 KAW

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE:  (925) 939-5330

1   15, 2016, which was set to give the parties some time for discovery and per the availability of

2   counsel and the mediator.

3       WHEREAS this matter currently has the Initial Case Management Conference set with

4   Your Honor for January 19, 2016.

5       WHEREAS the parties need some time for discovery before mediation can go forward.

6   As such, the parties jointly request the Court set the new mediation deadline to April 15, 2016.

7   Our assigned mediator, Ms. Rachel Ehrlich, agrees with the timing as set forth herein.

8       WHEREAS good cause exists to continue the mediation deadline.

9       The parties attest that concurrence in the filing of these documents has been obtained from

10  each of the other Signatories, which shall serve in lieu of their signatures on the document.

11      **IT IS SO STIPULATED**

12  Dated:  October 22, 2015        MCNAMARA, NEY, BEATTY, SLATTERY,
                                    BORGES & AMBACHER LLP
13

14                                  By:    /s/ Blechman, Noah
                                        James V. Fitzgerald, III / Noah G. Blechman
15                                      Elizabeth M. Dooley
                                        Attorneys for Defendants
16                                      OFFICER JAMES COLLEY, OFFICER CASEY
                                        BROGDON, ANTIOCH POLICE DEPARTMENT;
17                                      and CITY OF ANTIOCH

18  Dated:  October 22, 2015        LAW OFFICES OF MARK KELSEY

19                                  By:    /s/  Mark Kelsey
                                        Mark Kelsey, Attorney for Plaintiffs
20                                      MALAD BALDWIN AND KATHRYN WADE

21                                  **ORDER**

22      **PURSUANT TO THE FOREGOING STIPULATION, THE COURT ORDERS AS**

23  **FOLLOWS:**

24      The mediation deadline is continued to April 15, 2016.

25      **IT IS SO ORDERED**

26  Dated:  __11/4_____, 2015    By: _____

27                                      Honorable Kandis A. Westmore
                                        United States Magistrate Judge

28

STIPULATION AND ORDER CONTINUING          2
DEADLINE FOR MEDIATION
C15-02762 KAW

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330