UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MALAD BALDWIN, et al.,

    Plaintiffs,

v.

JAMES COLLEY, et al.,

    Defendants.

Case No. 15-cv-02762-KAW

**ORDER REGARDING STIPULATED PROTECTIVE ORDER**

Re: Dkt. No. 33

On March 8, 2016, the parties filed a proposed stipulated protective order. They did not, however, indicate whether they were using a model protective order or a modified protective order as required by the Court's Standing Order. (*See* Judge Westmore's General Standing Order ¶ 11.)

Accordingly, the parties are ordered to submit, within 7 days of this order, (a) a declaration stating that the proposed order is identical to one of the model orders, (b) a declaration explaining each modification to the model order, along with a redline version comparing the proposed protective order with the model order, available at http://www.cand.uscourts.gov/model-protective-orders, or (c) a declaration explaining why use of one of the model orders is not practicable.

IT IS SO ORDERED.

Dated: 03/15/16

_____
KANDIS A. WESTMORE
United States Magistrate Judge