JAMES V. FITZGERALD, III (State Bar No. 55632)
james.fitzgerald@mcnamaralaw.com
NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
AMY S. ROTHMAN (State Bar No. 308133)
amy.rothman@mcnamaralaw.com
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
OFFICER JAMES COLLEY, OFFICER CASEY BROGDON;
and CITY OF ANTIOCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALAD BALDWIN AND KATHRYN WADE,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>OFFICER JAMES COLLEY (#4705), in his official and individual capacities, OFFICER CASEY BROGDON (#5334), in his official and individual capacities, ANTIOCH POLICE DEPARTMENT, and CITY OF ANTIOCH, CALIFORNIA ,<br><br>　　　　Defendants. | Case No. C15-02762 KAW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Kandis A. Westmore |

Plaintiffs MALAD BALDWIN AND KATHRYN WADE, and Defendants OFFICER JAMES COLLEY, OFFICER CASEY BROGDON; and CITY OF ANTIOCH, by and through their respective attorneys of record, hereby stipulate to the following:

　　1. WHEREAS Plaintiffs filed a civil rights complaint in the United States District Court in the Northern District of California on June 19, 2015, arising out of an incident relating to the arrest of Plaintiff by officer(s) with the Antioch Police Department, that occurred on April 28, 2014.

STIPULATION AND ORDER TO CONTINUE
THE CASE MANAGEMENT CONFERENCE
C15-02762 KAW

2. WHEREAS Defendants' attorneys of record from the McNamara Law Firm have a two week plus trial set to begin on September 12, 2016, in front of the Honorable Judge Charles R. Breyer, namely *Banta v. Four Walnut Creek Police Officers*, Case No. C13-00342 CRB.

3. WHEREAS Plaintiffs' attorney of record, Mark W. Kelsey, has a felony trial set to begin on September 27, 2016, in the Contra Costa County Superior Court, namely *People v. Steven Lawrence Butler,* Docket No. 01-175541-2, which is likely to take up to one month to complete.

4. WHEREAS this matter is currently set for a Further Case Management Conference on September 20, 2016, which will likely interfere with the previously scheduled trial indicated in Paragraph 2.

5. WHEREFORE, there is good cause to continue this Further Case Management Conference in this matter, and the parties, by and through their respective counsel, respectfully seek an Order from the Court to continue the Further Case Management Conference to Tuesday, November 8, 2016 at 1:30 p.m..

IT IS SO STIPULATED

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: July28, 2016          The Law Offices of Mark W. Kelsey

                             By:___/s/ Kelsey, Mark_____
                                Mark W. Kelsey
                                Attorney for Plaintiffs, MALAD BALDWIN, and
                                KATHRYN WADE

STIPULATION AND ORDER TO CONTINUE          2
THE CASE MANAGEMENT CONFERENCE
C15-02762 KAW

Dated: July 28, 2016

McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP

By: _____/s/ Blechman, Noah_____
James V. Fitzgerald, III
Noah G. Blechman
Amy S. Rothman
Attorneys for Defendants
OFFICER JAMES COLLEY, OFFICER CASEY BROGDON; and CITY OF ANTIOCH

## **ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:

The Further Case Management Conference set for September 20, 2016, is hereby continued to November 8, 2016 at 1:30 p.m. The parties are to file the further Case Management Conference statement no later than one week prior to this conference.

**IT IS SO ORDERED**

Dated: ____7/29____, 2016

By: _____Kandis Westmore_____
Hon. Kandis Westmore
U.S. District Court Magistrate Judge

STIPULATION AND ORDER TO CONTINUE
THE CASE MANAGEMENT CONFERENCE
C15-02762 KAW

3