1  NOAH G. BLECHMAN (State Bar No. 197167)
   noah.blechman@mcnamaralaw.com
2  AMY S. ROTHMAN (State Bar No. 308133)
   amy.rothman@mcnamaralaw.com
3  KEREN SCHLANK (State Bar No. 310389)
   keren.schlank@mcnamaralaw.com
4  MCNAMARA, NEY, BEATTY, SLATTERY,
   BORGES & AMBACHER LLP
5  1211 Newell Avenue
   Walnut Creek, CA 94596
6  Telephone: (925) 939-5330
   Facsimile:  (925) 939-0203

Attorneys for Defendants
OFFICER JAMES COLLEY, OFFICER CASEY BROGDON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALAD BALDWIN AND KATHRYN WADE,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICER JAMES COLLEY (#4705), in his official and individual capacities, OFFICER CASEY BROGDON (#5334), in his official and individual capacities,<br><br>Defendants. | Case No. C15-02762 KAW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION**<br><br>Judge: Hon. Kandis A. Westmore |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, through their respective counsel of record, as follows:

WHEREAS this civil action has settled in its entirety.

WHEREAS the settlement has been memorialized on the record with Judge Ryu and payment of settlement funds has been made.

WHEREFORE the parties, therefore, stipulate and request that this Court hereby dismisses the entire action, with prejudice.

The parties attest that concurrence in the filing of this document has been obtained from

STIPULATION AND ORDER FOR DISMISSAL
OF ENTIRE ACTION - C15-02762 KAW

each of the other Signatories, which shall serve in lieu of their signatures on the document.

IT IS SO STIPULATED

Dated: May 31, 2017  The Law Offices of Mark W. Kelsey

By: _____/s/ Kelsey, Mark_____
    Mark W. Kelsey
    Attorney for Plaintiffs,
    MALAD BALDWIN and KATHRYN WADE

Dated: May 31, 2017  MCNAMARA, NEY, BEATTY, SLATTERY,
    BORGES & AMBACHER LLP

By: _____/s/ Blechman, Noah_____
    Noah G. Blechman
    Amy S. Rothman
    Keren Schlank
    Attorneys for Defendants
    OFFICER JAMES COLLEY and OFFICER CASEY BROGDON

Dated: 5/31/17



IT IS SO ORDERED
Kandis Westmore
Judge Kandis Westmore
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION - C15-02762 KAW    2